[No. 6998-5-I.  Division One.  June 30, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v.
HENRY RENSINK, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 9652, Marshall Forrest, J., entered September 7, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Durham-Divelbiss, J.

[No. 6859-8-I.  Division One.  June 30, 1980.]

JENNIFER K. LIND, *Appellant*, v. ELAINE WARD,
ET AL, *Defendants*, THIRTEEN COINS,
INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 822066, T. Patrick Corbett, J., entered July 20, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, J., Dore, J. dissenting.

[No. 6324-3-I.  Division One.  June 30, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD P.
CLEPPE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81642, Warren Chan, J., entered January 31, 1978. *Reversed* and *remanded* by unpublished opinion per Callow, C.J., concurred in by Andersen and Durham-Divelbiss, JJ.